```
 1 | ANAHEIM CITY ATTORNEY'S OFFICE
   | MOSES W. JOHNSON, IV (SBN 118769)
 2 | Assistant City Attorney
   | E-mail: mjohnson@anaheim.net
 3 | 200 S. Anaheim Boulevard, Suite 356
   | Anaheim, California  92805
 4 | Tel: (714) 765-5169 Fax: (714) 765-5123
 5 | Attorneys for Defendants CITY OF
   | ANAHEIM, ANAHEIM POLICE
 6 | DEPARTMENT; PAUL DELGADO; PETER
   | PICONE; and JULIAN HARVEY
 7 |
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KENNETH YAMASHITA-MAGARRO, | Case No.: 8:20-CV-00585-JWH-JDEx |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| CITY OF ANAHEIM; ANAHEIM POLICE DEPARTMENT; PAUL DELGADO; PETER PICONE; JULIAN HARVEY, AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendant. | Action Filed: March 24, 2020 |

The parties, Plaintiff, KENNETH YAMASHITA-MAGARRO, and Defendants, CITY OF ANAHEIM, ANAHEIM POLICE DEPARTMENT, PAUL DELGADO, PETER PICONE, and JULIAN HARVEY ("Defendants"), through their respective attorneys of record, agree that:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party is to bear its own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | | IT IS SO STIPULATED. |
| 2 | | |
| 3 | Dated: January 27, 2021 | LAW OFFICES OF JOSEPH B. MC GINLEY |
| 4 | | |
| 5 | | By: /s/ Joseph B. McGinley<br>Joseph B. McGinley<br>Attorneys for Plaintiff |
| 6 | | KENNETH YAMASHITA-MAGARRO |
| 7 | | |
| 8 | | |
| 9 | Dated: January 27, 2021 | ROBERT FABELA, CITY ATTORNEY |
| 10 | | |
| 11 | | By: /s/ Moses W. Johnson, IV<br>Moses W. Johnson, IV |
| 12 | | Assistant City Attorney<br>Attorneys for Defendants |
| 13 | | CITY OF ANAHEIM, ANAHEIM<br>POLICE DEPARTMENT; PAUL |
| 14 | | DELGADO; PETER PICONE; and<br>JULIAN HARVEY |